

NUMBER 13-20-00410-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF C.N.L., P.A.L., D.J.L., D.D.L., B.M.L., J.J.L., AND J.J.L., CHILDREN

## On Appellants' First Motion for Extension of Time to File Brief.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

This is an appeal of a final order terminating parental rights. The notice of appeal was filed on September 28, 2020, and appellants' brief is due November 2, 2020. Appellants D.L. and J.M. filed a motion for extension of time seeking an extension until November 23, 2020, to file the brief. Appellants' counsel certified that appellee, the Department of Family and Protective Services, is unopposed to the motion.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited

deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Accordingly, it is the policy of this Court to limit extensions of time in such cases. *See* TEX. R. APP. P. 38.6(d).

We hereby GRANT appellants' first motion for extension of time and ORDER appellants' brief to be filed on or before 5:00 p.m. on Monday, November 23, 2020. No further motions for extension of time will be entertained in the absence of extraordinary circumstances.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
27th day of October, 2020.